FILED
CLERK, U.S. DISTRICT COURT

JUN - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

J S-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD W. RICHARDSON, ) | NO. EDCV 05-00059-MMM (MAN) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| DERRAL G. ADAMS, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: _May 28, 2008_ .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE